

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jonathan Ray Shepherd, Appellant

No. 06-15-00064-CR    v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 16,605). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Jonathan Ray Shepherd, pay all costs of this appeal.

RENDERED APRIL 15, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk